# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 3:21-cr-00071-02

**BANABAS GANIDEKAM**

### ORDER MODIFYING CONDITIONS OF RELEASE

On June 14, 2021, at the conclusion of the detention hearing in the instant matter, defendant was granted pretrial release. After conducting a review of the current conditions of release on bond, and after consultation with Olivia Sanders, United States Probation Officer, the Court has determined that the following modification is necessary.

Accordingly, it is hereby **ORDERED** that defendant's conditions of release be modified as follows**: Defendant is to remain on home detention. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.** It is further **ORDERED** that all remaining general and specific conditions set forth in the Order Setting Standard Conditions of Bond (ECF No. 34 ) shall remain in full force and effect.

The Clerk is requested to provide a copy of this Order to the defendant, counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTERED:** July 20, 2021

_____
Cheryl A. Eifert
United States Magistrate Judge