PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement - DRO

**FROM:** Olivia M. Sanders
324 U. S. Courthouse
845 Fifth Avenue
Huntington, WV 25701

**Date:** 07/26/2021

**By:** Olivia Sanders, USPO

**Defendant:** Banabas Ganidekam

**Case Number:** [0425 3:21CR00071]-[002]

**Date of Birth:** ■■■■
**Place of Birth:** Ghana
**SSN:** ■■■■
**Alien ("A") Number:**

The above-named defendant surrendered Passport Number ■■■■ (Issuing Country Ghana) to the custody of the U.S. District Court on 07/20/2021.

### NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court